UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TASHELL ALSTON,

        Plaintiff

V.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

3:23-CV-1446 VAB

## JUDGMENT

This matter came on for consideration on before the Honorable Victor A. Bolden, United States District Judge; and

The Certified Administrative Record was filed on January 2, 2024. Thus, despite the thirty-day time limit, two hundred and sixty days have passed. Because of the absence of a timely filing of a Motion to Reverse the Decision of the Commissioner, a dismissal of this case is appropriate, it is hereby,

ORDERED, ADJUDGED, and DECREED that this case be closed.

Dated at New Haven, Connecticut, this 27th day of September 2024.

        Dinah Milton Kinney, Clerk
        By: /s/ Tatihana Murphy
        Tatihana Murphy
        Deputy Clerk

EOD: 9/27/2024